IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY SCOTT BUCKNER, #212474, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-393-MEF |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On October 13, 2011, the Magistrate Judge filed a Recommendation (Doc. #33) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The motion for preliminary injunction filed by the plaintiff is DENIED.

3. This case is referred back to the Magistrate Judge for appropriate proceedings.

DONE this the 7th day of November, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE