IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY SCOTT BUCKNER, #212474, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-393-MEF |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On February 3, 2014, the Magistrate Judge filed a Recommendation (Doc. #64) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' motion for summary judgment is GRANTED and judgment is GRANTED in favor of the defendants.

3. Plaintiff's federal claims are DISMISSED with prejudice.

4. Plaintiff's state-law claims are DISMISSED without prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

DONE this the 24th day of February, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE